UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

JACKIE DESHUN BERGERON, JR.
JEREMY ALLAN SPILLER
DOMNICK NICHOLAS SNELL
ROOSEVELT ROSHAD KEYS
RONALD EDWARD CHARLES
DONOVAN MAURICE TAYLOR

Case No. 4:24-cr-0347-S1

**UNOPPOSED
MOTION TO CERTIFY CASE AS COMPLEX
AND
ISSUANCE OF NEW SCHEDULING ORDER**

The United States of America ("Government") pursuant to Title 18, United States Code, § 3161(h)(7)(B)(ii) files this unopposed motion to certify this case as complex and would show the Court the following:

1.    The investigation in this case involves the Federal Bureau of Investigations ("FBI") and at least ten (10) different State police departments across the United States.

2.    The superseding indictment charges Jackie Deshun BERGERON, Jr. ("BERGERON"), Jeremy Allan SPILLER ("SPILLER"), Domnick Nicholas SNELL ("SNELL"), Roosevelt Rashad KEYS ("KEYS"), Ronald Edward CHARLES ("CHARLES") and Donovan Maurice TAYLOR ("TAYLOR") with conspiracy to commit an offense against the United States in violation of Title 18, United States Code, § 371 and

several counts of interstate travel to commit a crime of violence in violation of Title 18, United States Code, § 1952(a)(2)(B).

3.     The prosecution of this case involves evidence regarding the Defendants participation in multiple ATM robberies across the United States.

4.     The prosecution of the case involves electronic evidence including forensic data from cellular telephones, video recordings, cell-site location data.

5.     The prosecution of this case involves financial records from multiple banking institutions.

6.     The discovery material in the case is voluminous since it pertains to at least ten ATM robberies in Nebraska, Washington, Iowa, Wyoming, Illinois, Virginia, North Carolina and Utah.

7.     The Government believes that the case is so unusual and complex due to the number of Defendants, the nature of the prosecution and the voluminous amounts of discovery that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by Title 18, United States Code, § 3161.

8.     BERGERON is scheduled for a final pre-trial hearing on February 6, 2026 and trial on February 10, 2026.

9.     SPILLER, KEYS, CHARLES, TAYLOR are scheduled for a final pre-trial hearing on February 13, 2026 and trial on February 17, 2026.

10.     The Government requests that the Court certify this case as complex and toll the time limits under the Speedy Trial Act and issue a new scheduling order.

11.    The Government requests a continuance of the pre-trial and trial settings for at least 90 days.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

***s/ Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)

***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney
New Jersey State Bar No. 043362000
Federal Bar No. 915752
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9798 (direct)

<u>CERTIFICATE OF CONFERENCE</u>

On January 7, 2026, the Government conferred with the following:

Heather Michelle Hughes                          **NOT OPPOSED**
Attorney for Jackie Deshun BERGERON, JR.

Mervyn Milton Mosbacker, Jr.                     **NOT OPPOSED**
Attorney for Jeremy Allan SPILLER

Tillet J. Mills, II                              **NOT OPPOSED**

Attorney for Domnick Nicholas SNELL

Paul Matthew Morgan                          **NOT OPPOSED**
Attorney for Roosevelt Roshad KEYS

Adrian Almaguer                              **NOT OPPOSED**
Attorney for Ronald Edward CHARLES

Gus A. Saper                                 **NOT OPPOSED**
Attorney for Donovan Maurice TAYLOR

_**s/ Anibal J. Alaniz**_
Anibal J. Alaniz
Assistant United States Attorney

_**s/ Casey N. MacDonald**_
Casey N. MacDonald
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

On January 7, 2026, the Government filed this motion via ECF and served counsel

of record.

_**s/ Anibal J. Alaniz**_
Anibal J. Alaniz
Assistant United States Attorney

_**s/ Casey N. MacDonald**_
Casey N. MacDonald
Assistant United States Attorney

4